391 A.2d 694

Commonwealth v. Ortiz, Appellant.

Submitted March 20, 1978. William F. Ochs, Jr., Public Defender, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN and SPAETH, JJ., dissented.

The evidence was insufficient to prove that appellant committed the burglary. *Commonwealth v. Rosciolo*, 454 Pa. 59, 309 A.2d 396 (1973). *See, In re Gonzalez*, 255 Pa.Super. 217, 386 A.2d 586 (1978).